**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  July 14, 2026

Mr. Stephen P. Tabatowski
Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Re:  Case No. 26-3403
*Charles Ballard, Jr. v. Ohio Secretary of State, et al*
Originating Case No. 3:25-cv-00308

Dear Counsel,

The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates.  The appellant must serve his brief by mailing it to all opposing counsel.

|  |  |
|---|---|
| Appellee's Brief | |
| Appendix (if required by 6th Cir. R. 30(a) and (c)) | Filed electronically by **August 13, 2026** |
| Appellant's Reply Brief (Optional Brief) | Mailed **24** days after the appellee's brief |

**Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

Sincerely,

s/Kelly Stephens

Appeal Case Manager: Michelle
Direct Dial No. 513-564-7035

cc: Mr. Charles Ballard Jr.